Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

June 22, 2018

Honorable Carla E. Craig
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, NY 11201


RE:   Nicola B. Caldeira
      Chapter 13
      Case Number: 18-41146
      SD&B File Number: 18-072435

Dear Chief Judge Craig:

This loss mitigation status letter is submitted on behalf of Nationstar Mortgage LLC as Servicer for Deutsche Bank National Trust Company, as Trustee on Behalf of HSI Asset Securitization Corporation Trust 2006-HE1 ("Nationstar"), a secured creditor of the above-referenced Debtor.

As a preliminary matter, there are two obligors on the Note: the Debtor and Louis Caldeira. There are three mortgagors, the Debtor, Louis Caldeira, and Neil Caldeira. Copies of the Note and Mortgage are affixed to Nationstar's Proof of Claim, Claim No. 1.

On May 18, 2018, an Order was entered directing Nationstar to participate in loss mitigation with the Debtor. On May 24, 2018, an initial financial package was filed and served on the Debtor and Debtor's Attorney.

Please be advised that the Debtor's Attorney has submitted the initial financial package on June 19, 2018. However, the initial financial package did not contain any documentation from Louis Caldeira, the co-obligor on the Note. Nationstar has reviewed and has requested a Letter of Explanation as to Louis Caldeira's involvement in the modification review.

On June 20, 2018, the Debtor's Attorney's office responded to the request with an email stating that Louis Caldeira is the Debtor's 90 year old father, who no longer lives in the U.S. As such, Nationstar requires a signed and dated Letter of Explanation confirming same, along with a

recorded quitclaim deed from Louis Caldeira granting the Debtor the property.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


/s/ Katherine Heidbrink
Katherine Heidbrink