# LAW OFFICE OF JULIO E. PORTILLA, P.C.
## ATTORNEY AT LAW

June 25, 2018

*VIA ECF ONLY*
Honorable Carla E. Craig
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

    **RE:** **Nicola B. Caldeira**
       **Chapter 7**
       **Case Number: 18-41146**

Dear Judge Craig:

This loss mitigation status letter is submitted on behalf of Nicola B. Caldeira (the "Debtor"). As Nationstar Mortgage LLC as Servicer for Deutsche Bank National Trust Company, as Trustee on Behalf of HSI Asset Securitization Corporation Trust 2006-HE1 ("Nationstar") stated in their status report, there are two obligors on the Note: the Debtor and Louis Caldeira; and there are three mortgagors, the Debtor, Louis Caldeira, and Neil Caldeira.

On May 18, 2018, an Order was entered directing Nationstar and the Debtor to participate in loss mitigation with the Debtor. On June 19, 2018, the Debtor, by through and her attorneys submitted the initial financial package. The initial financial package however did not contain any documentation from Louis Caldeira, the co-obligor on the Note. Nationstar has reviewed and has requested a Letter of Explanation as to Louis Caldeira's involvement in the modification review.

On June 20, 2018, this Firm responded to the request with an email stating that Louis Caldeira is the Debtor's 90 year old father, who no longer lives in the U.S. Nationstar responded by stating that they require a signed and dated Letter of Explanation confirming same, along with a recorded quitclaim deed from Louis Caldeira granting the Debtor the property. Mr. Caleira is traviling to the U.S. this week so he can complete the same on behalf of the Debtor.

In light of the foregoing, the undersigned respectfully requests that Loss Mitigation be extended so the Debtor can submit the requested documents and Nationstar can continue reviewing the documents that were submitted.

            Respectfully yours,
            Law Office of Julio E. Portilla, P.C.
            Attorneys for the Debtor
            By: /s/ Julio E. Portilla, Esq     .
            Julio E. Portilla, Esq. (JP 0690)

555 Fifth Avenue- 17th Floor, New York, NY 10017 | Tel: (212) 365-0292 | Fax: (212) 365-4417 |
www.julioportillalaw.com